**Fill in this information to identify the case:**

Debtor name: Imperial Toy LLC

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Reliable Container<br>9206 Santa Fe Springs Road<br>Santa Fe Springs, CA 90670 | Maureen Crowley<br>maureen.crowley@gapac.com; (404) 662-0298 | Trade Payable | | | | 1,782,627.00 |
| 2 | VPet USA<br>12925B Marlay Ave.<br>Fontana, CA 92337 | Dan Solomon<br>dan.solomon@vpetusa.com;<br>(901) 605-1668 | Trade Payable | | | | 1,136,187.00 |
| 3 | Ideal Chemical & Supply<br>P.O. Box 18698<br>Memphis, TN 38181 | Sam Block<br>sblock@idealchem.com;<br>(901) 277 6151 | Trade Payable | | | | 862,338.00 |
| 4 | Disney Consumer Products<br>622 Circle Seven Drive, Suite 142D<br>Glendale, CA 91201 | Michelle Fode<br>michelle.r.fode@disney.com;<br>(818) 544-1954 | Trade Payable | | | | 744,534.00 |
| 5 | Select Staffing Service<br>P.O. Box 512007<br>Los Angeles, CA 90051 | Roberto Gutierrez<br>roberto@employbridge.com;<br>(760) 277-3207 | Trade Payable | | | | 462,226.00 |
| 6 | American Express Co.<br>P.O. Box 0001<br>Los Angeles, CA 90096 | americanexpress@welcome.aexp.com; (800) 492-3932 | Trade Payable | | | | 356,000.00 |
| 7 | Mode Transportation<br>P.O. Box 936644<br>Atlanta, GA 31193 | Jeff Blank<br>jeff.blank@modetransportation.com; (215) 499-9859 | Trade Payable | | | | 353,714.00 |
| 8 | VG Packaging<br>12142 St. Thomas Dr.<br>Santa Ana, CA 92705 | Brett Verst<br>brettv@vgpkg.com;<br>(714) 206-3613 | Trade Payable | | | | 309,312.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Atlas Wood Products] P.O. Box 13949 San Diego, CA 92170 | Francisco atlaswp@sbcglobal.net; (619) 710-8922 | Trade Payable | | | | 274,223.00 |
| 10 | Buzzfeed Inc. P.O. Box 200022 Pittsburg, PA 15251 | Amy Asciutto amy.asciutto@buzzfeed.com ; (908) 328-8556 | Trade Payable | | | | 250,000.00 |
| 11 | Southland Polymers 14030 Gannet St. Santa Fe Springs, CA 90670 | Henry His; henry@southlandpolymers.com; (310) 709-2838 | Trade Payable | | | | 242,595.00 |
| 12 | Plastic Container Co. P.O. Box 438 Champaign, IL 61824 | Ron Rhoades rrhoades@netpcc.com (217) 840-3296 | Trade Payable | | | | 229,746.00 |
| 13 | Bamberger Polymers 1334 Solutions Center Chicago, IL 60677 | John Sarrao jsarrao@bapoly.com (862) 228-5979 | Trade Payable | | | | 223,242.00 |
| 14 | Siempre Viva US Bank Lockbox #511350 Los Angeles, CA 90051 | Jeremiah Harrington jharrington@jdrealestate.com; (619) 515-1114 | Lease | | | | 205,232.00 |
| 15 | GP Capital & Sales 1011 High Ridge Road Stamford, CT 06905 | Martin Jacobson mahtyj@att.net (949) 488 3000 | ;Trade Payable | | | | 184,724.00 |
| 16 | Sohni-Wicke GMBH Postfach 800254 D-45502 Hattingen, West Germany | Bernd Nau bernd.nau@sohni-wicke.de (49) 15112015479 | Trade Payable | | | | 169,190.00 |
| 17 | Insight Marketing 19035 Southwest Chesapeake Drive. Tualatin, OR 97062 | Kathy Re kathy.re@comcast.net (503) 691 2267 | Trade Payable | | | | 142,226.00 |
| 18 | Tarimas y Accesorio El Menny S.A De C.V Calle Jose Vasconcelos 9801C Tijuana, B.C. 22680 | Manuel tarimaselmenny@gmail.com (664) 903 8814 | Trade Payable | | | | 132,899.00 |
| 19 | Express Service Transport 2498 Roll Drive, Suite 422 San Diego, CA 92154 | Israel Delgado idelgadov@estruckline.net (619) 571 1963 | Trade Payable | | | | 124,980.00 |
| 20 | Consolidated Contain 62867 Collection Center Drive Chicago, IL 60693 | David Arant david.arant@cccllc.com (470) 233 9172 | Trade Payable | | | | 123,153.00 |

**Debtor** Imperial Toy LLC  
Name

Case number (*if known*) _____