UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re   Imperial Toy LLC                              Case No. _____

              Debtor(s)                               Chapter     **11**

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following is the list of the equity security holders of the above-captioned debtor in possession as of the date hereof.

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Peter Tiger | 90% | Stock |
| The Hirsch Family Trust dated June 9, 1998 | 10% | Stock |

Date   11/17/2019              Signature   _____
                                           Name: Peter Tiger
                                           Title: Chief Executive Officer