KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Thomas B. Rupp (#278041)
(trupp@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Ja-Ru, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-52335 (MEH) |
| **IMPERIAL TOY LLC,** | Chapter 11 |
| **Debtor.** | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT, THE DEBTOR AND ITS COUNSEL, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Keller & Benvenutti LLP ("K&B") hereby appears in the above-captioned chapter 11 case as counsel for Ja-Ru, Inc. ("Ja-Ru"). K&B hereby requests, on behalf of Ja-Ru, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding or in any related adversary proceedings be served (including without limitation electronically by the Court's ECF system) on the following individuals:

> Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com)
> Jane Kim, Esq. (jkim@kellerbenvenutti.com)
> Thomas B. Rupp, Esq. (trupp@kellerbenvenutti.com)
> Keller & Benvenutti LLP
> 650 California Street, Suite 1900
> San Francisco, CA 94108
> Telephone: (415) 496-6723
> Facsimile: (650) 636-9251

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, Ja-Ru, the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, by filing this request, Ja-Ru does not waive or otherwise limit (a) Ja-Ru's right to have final orders in non-core matters entered only after de novo review by a District Judge, (b) Ja-Ru's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) Ja-Ru's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims or actions, to which Ja-Ru is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Ja-Ru expressly reserves.

Dated: November 18, 2019     KELLER & BENVENUTTI LLP

By:  /s/ *Tobias S. Keller*
     Tobias S. Keller

Attorneys for Ja-Ru, Inc.