SUSAN K. SEFLIN – Bar No. 213865
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sseflin@bg.law

Attorneys for Arthur S. Hirsch and The
Hirsch Family Trust Dated June 9, 1998

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Imperial Toy LLC,<br><br>     Debtor. | Case No. 19-52335-MEH<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Arthur S. Hirsch and The Hirsch Family Trust Dated June 9, 1998 (collectively, the "Hirsch Parties") hereby request that all notices given or required to be given in the bankruptcy case of Imperial Toy LLC be served upon counsel for the Hirsch Parties via ECF or at the following address:

  Brutzkus Gubner
  Attn: Susan K. Seflin
  21650 Oxnard Street, Suite 500
  Woodland Hills, CA 91367
  Email: sseflin@bg.law

DATED: November 18, 2019      BRUTZKUS GUBNER

                  By: /s/ Susan K. Seflin
                    Susan K. Seflin
                  Attorneys for Arthur S. Hirsch and The Hirsch
                  Family Trust Dated June 9, 1998