TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
JARED A. DAY (CA SBN 275687)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Rm 3009
Reno, NV 89509
Telephone: (775) 784-5335
Telecopier: (775) 784-5531
Email: jared.a.day@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 19-52335 |
| IMPERIAL TOY LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>   Office of the United States Trustee
>   Attn: Jared A. Day
>   300 Booth Street, Rm 3009
>   Reno, NV 89509
>   Email: jared.a.day@usdoj.gov

Dated: November 19, 2019          TRACY HOPE DAVIS
                                  UNITED STATES TRUSTEE

                                  /s/ Jared A. Day
                                  Jared A. Day
                                  Trial Attorney for United States Trustee

Notice of Appearance