DONALD H. CRAM (State Bar No. 160004)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

Attorneys for Creditor
VG PACKAGING

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>Debtor. | Case No.: 19-52335<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that **VG PACKAGING** desires notice of the filing of any proceedings in the above matter pursuant to Bankruptcy Rule 2002. Said notices are to be served upon:

VG PACKAGING
c/o Donald H. Cram, III, Esq.
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Email: dhc@severson.com

DATED: November 22, 2019

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram
 Donald H. Cram

Attorneys for Creditor
VG PACKAGING