DONALD H. CRAM (State Bar No. 160004)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

Attorneys for Creditor
IDEAL CHEMICAL & SUPPLY CO.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

IMPERIAL TOY LLC,

Debtor.

Case No.: 19-52335

Chapter 11

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that **IDEAL CHEMICAL & SUPPLY CO.** desires notice of the filing of any proceedings in the above matter pursuant to Bankruptcy Rule 2002. Said notices are to be served upon:

IDEAL CHEMICAL & SUPPLY CO.
c/o Donald H. Cram, III, Esq.
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Email: dhc@severson.com

DATED: November 22, 2019

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram
    Donald H. Cram

Attorneys for Creditor
IDEAL CHEMICAL & SUPPLY CO.