LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Siempre Viva Industrial II, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 19-52335 (MEH) |
| IMPERIAL TOY LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK OF THE COURT, THE DEBTOR AND ITS COUNSE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Siempre Viva Industrial II, LLC ("Siempre Viva") hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Michael Gottfried, Esq.
> Landau Gottfried & Berger LLP
> 1880 Century Park East, Suite 1101
> Los Angeles, CA 90067
> Telephone: (310) 557-0050
> Facsimile: (310) 557-0056
> mgottfried@lgbfirm.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Siempre Viva's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Siempre Viva is, or may be, entitled under agreements, in law, or in equity, all of which, rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: November 22, 2019　　　　　　　　　LANDAU GOTTFRIED & BERGER LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Michael Gottfried*
　　　　　　　　　　　　　　　　　　　　　MICHAEL GOTTFRIED
　　　　　　　　　　　　　　　　　　　　　Attorneys for Siempre Viva Industrial II, LLC