Timothy S. Laffredi, Assistant United States Trustee
State Bar #WI 1055133
Jared A. Day, Trial Attorney
State Bar #CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (775) 784-5335 x109
Fax: (775) 784-5531
jared.a.day@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re:<br><br>IMPERIAL TOY LLC,<br><br>                  Debtor. | ) Case No. 19-52335 MEH<br>) Chapter 11<br>)<br>)<br>)<br>) Judge M. Elaine Hammond<br>) |
|---|---|

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| 1. **Reliable Container Corp.**<br>    Attn: Maureen Crowley<br>    133 Peachtree Street<br>    Atlanta, GA 30303<br>    (404) 652-2635<br>    maureen.crowley@gapac.com | Identified Counsel: David Wender<br>Alston & Bird LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>(404) 881-7354<br>david.wender@alston.com |
|---|---|
| / / / | |

1

| | |
|---|---|
| 2. **Ideal Chemical & Supply Co.**<br>Attn: Sam Block<br>4025 Air Park Street<br>Memphis, TN 38118<br>(901) 375-5544<br>sblock@idealchem.com | Identified Counsel: Donald H. Cram<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 677-5536<br>dhc@severson.com |
| 3. **Mode Transportation, LLC**<br>Attn: Richard Rossi<br>6077 Primary Pkwy, Suite 400<br>Memphis, TN 38119<br>(901) 390-7560<br>richard.rossi@modetransportation.com | Identified Counsel: None |
| 4. **VG Packaging**<br>Attn: Brett Verst<br>13142 St. Thomas Drive<br>Santa Ana, CA 92705<br>(714) 206-3613<br>brettv@vgpkg.com | Identified Counsel: Donald H. Cram<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 677-5536<br>dhc@severson.com |
| 5. **Tarimas y Accessorios El Menny S.A. De C.V.**<br>Attn: Manuel Gerardo Ramirez Aleman<br>Calle Jose Vasconcelos 9801-C<br>Tijuana, B.C. 92154<br>(664) 903-8814<br>tarimaselmenny@gmail.com | Identified Counsel: Aristeo Montano<br>PO Box 2434<br>Chula Vista, CA 91912<br>(619) 484-1831<br>arimontano94@gmail.com |
| 6. **CBT International, Inc.**<br>Attn: Troy Clarke, President<br>249 E. Ocean Blvd., Suite 650<br>Long Beach, CA 90802<br>(562) 983-7211<br>tc@cbtint.com | Identified Counsel: None |
| 7. **Peter Anthony Sgromo**<br>32600 Bobcat Dr. Mission, B.C.<br>Canada, V2V 5L1<br>(604) 287-5676<br>peter@eurekainnovates.com | Identified Counsel: None |

Dated: November 27, 2019

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Timothy S. Laffredi*
 Timothy S. Laffredi
 Assistant United States Trustee

2