John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
jrosell@pszjlaw.com

Proposed Attorneys for the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>IMPERIAL TOY LLC,<br><br>　　　　　Debtor. | Case No. 19-52335 (MEH)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA   )
                      )
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 3, 2019, I caused to be served the following documents in the manner stated below:

- *Notice of Appearance and Request for Notice (John D. Fiero)*
- *Notice of Appearance and Request for Notice (Jason H. Rosell)*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **December 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 3, 2019 at San Francisco, California.

*/s/ Oliver Carpio*
*Legal* Assistant

2

DOCS_SF:102343.1
Case: 19-52335   Doc# 58   Filed: 12/03/19   Entered: 12/03/19 12:04:31   Page 2 of 3

## ECF/NEF List

- **Donald H. Cram**     dhc@severson.com
- **Jared A. Day**     jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Michael I. Gottfried**     mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Anna M. Gumport**     agumport@sidley.com
- **Ori Katz**     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Michael Lauter**     mlauter@sheppardmullin.com
- **Office of the U.S. Trustee / SJ**     USTPRegion17.SJ.ECF@usdoj.gov
- **Valerie Bantner Peo**     vbantnerpeo@buchalter.com
- **Jason Rosell**     jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- **Thomas B. Rupp**     trupp@kellerbenvenutti.com
- **Susan Seflin**     sseflin@bg.law, ecf@bg.law

## REQUEST FOR NOTICE LIST (Served via Email):

| **Attorneys for Ja-Ru, Inc.** | **Attorneys for Great Rock Capital Partners Management, LLC** | **Attorneys for Creditor The CIT Group/Commercial Services, Inc.** |
|---|---|---|
| Tobias S. Keller, Esq. <br> Jane Kim, Esq. <br> Thomas B. Rupp, Esq. <br> Keller & Benvenutti LLP <br> 650 California Street, Suite 1900 <br> San Francisco, CA 94108 <br> Email:tkeller@kellerbenvenutti.com <br>          jkim@kellerbenvenutti.com <br>          trupp@kellerbenvenutti.com | Jennifer C. Hagle <br> Anna Gumport <br> SIDLEY AUSTIN LLP <br> 555 West Fifth Street, Suite 4000 <br> Los Angeles, California 90013-1010 <br> Email:   jhagle@sidley.com <br>                agumport@sidley.com | Valerie Bantner Peo, Esq. <br> Buchalter, A Professional Corporation <br> 55 Second Street, 17th Floor <br> San Francisco, California 94105-3493 <br> Email: vbantnerpeo@buchalter.com |
| **Attorneys for Arthur S. Hirsch and The Hirsch Family Trust Dated June 9, 1998** <br> Brutzkus Gubner <br> Attn: Susan K. Seflin <br> 21650 Oxnard Street, Suite 500 <br> Woodland Hills, CA 91367 <br> Email: sseflin@bg.law | **Office of the United States Trustee** <br> Attn: Jared A. Day <br> 300 Booth Street, Rm 3009 <br> Reno, NV 89509 <br> Email: jared.a.day@usdoj.gov | Attorneys for Siempre Viva Industrial II, LLC <br> Michael Gottfried, Esq. <br> Landau Gottfried & Berger LLP <br> 1880 Century Park East, Suite 1101 <br> Los Angeles, CA 90067 <br> Email: mgottfried@lgbfirm.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:102343.1