HAHN & HESSEN LLP
JOSHUA I. DIVACK (NY Bar # 2226074)
488 Madison Avenue
New York, NY 10022
Telephone: 212.478.7340
Fax: 212.478.7400
Email: JDivack@hahnhessen.com

and

BUCHALTER
A Professional Corporation
SHAWN M. CHRISTIANSON (SBN: 114707)
VALERIE BANTNER PEO (SBN: 260430)
MICHAEL MYERS (SBN: 305011)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: schristianson@buchalter.com
Email: vbantnerpeo@buchalter.com
Email: mmyers@buchalter.com

Attorneys for Creditor
THE CIT GROUP/COMMERCIAL SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>Debtor. | Case No. 19-52335-MEH<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to B.L.R 1001-2(a) and Civil L.R. 11-3, Joshua I. Divack, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The CIT Group/Commercial Services, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled actions. The name, address and telephone number of that attorney is:

> Valerie Bantner Peo, Esq.
> Buchalter, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California 94105-3493
> Telephone: (415) 227-0900
> Facsimile: (415) 227-0770
> vbantnerpeo@buchalter.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 20, 2019         HAHN & HESSEN LLP

By: _____
    JOSHUA I. DIVACK
    Attorneys for THE CIT GROUP/
    COMMERCIAL SERVICES, INC.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JOSHUA IAN DIVACK__, Bar # __JD7202__

was duly admitted to practice in the Court on

__February 28, 1989__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    __November 19, 2019__
New York, New York

Ruby J. Krajick
Clerk of Court

By    *[signature]*
Deputy Clerk

**UNITED STATES**
**BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# 50102012 - TP

December 05, 2019
13:49:30

**PRO HAC VICE FEE**
**19-52335-MEH11**
Debtor.: IMPERIAL TOY LLC
Amount.:                $310.00 CH
Check#.: 577628

Total-> $310.00

FROM: BUCHALTER

HAHN & HESSEN LLP
JOSHUA I. DIVACK (NY Bar # 2226074)
488 Madison Avenue
New York, NY 10022
Telephone: 212.478.7340
Fax: 212.478.7400
Email: JDivack@hahnhessen.com

and

BUCHALTER
A Professional Corporation
SHAWN M. CHRISTIANSON (SBN: 114707)
VALERIE BANTNER PEO (SBN: 260430)
MICHAEL MYERS (SBN: 305011)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: vbantnerpeo@buchalter.com

Attorneys for Creditor
THE CIT GROUP/COMMERCIAL SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>　　　　Debtor. | Case No. 19-52335-MEH<br><br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ADMISSION OF**

**ATTORNEY PRO HAC VICE**

Joshua I. Divack, whose business address and telephone number is HAHN & HESSEN LLP, 488 Madison Avenue, New York, NY 10022, 212.478.7340, JDivack@hahnhessen.com, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The CIT Group/Commercial Services, Inc., in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

## COURT SERVICE LIST

**Peter Tiger**
16641 Roscoe Place
North Hills,, CA 91343