Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Proposed Conflicts Counsel for
Imperial Toy LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 19-52335-MEH |
| IMPERIAL TOY LLC, | Chapter 11 |
| Debtor-in-Possession. | **PROOF OF SERVICE** |

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the document(s) titled:

**APPLICATION TO EMPLOY CONFLICTS COUNSEL FOR CHAPTER 11 DEBTOR (FINESTONE HAYES LLP)**

**DECLARATION OF STEPHEN D. FINESTONE IN SUPPORT APPLICATION TO EMPLOY CONFLICTS COUNSEL FOR CHAPTER 11 DEBTOR (FINESTONE HAYES LLP)**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
280 South First St.
Room 268
San Jose, CA 95113

X  **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of The Law Offices of Stephen Finestone

for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

**(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

**(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

**(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: <u>(see above)</u>
. I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **December 5, 2019** at San Francisco, California on December 5, 2019

**(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Anne Mavromatis          /s/ Anne Mavromatis