SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
JACQUELINE G. LUTHER, Cal. Bar No. 271844
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail     okatz@sheppardmullin.com
           mlauter@sheppardmullin.com
           jluther@sheppardmullin.com
           sfarzan@sheppardmullin.com

Proposed Attorneys for Debtor,
Imperial Toy LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re | Case No. 19-52335 |
|---|---|
| Imperial Toy LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF CONTINUED HEARINGS ON DIP FINANCING MOTION, EMPLOYEE MOTION, AND UTILITY MOTION** |
| | Continued Hearing Date and Time: |
| | Date: December 16, 2019<br>Time: 1:30 p.m.<br>Crtrm.: Honorable M. Elaine Hammond<br>      United States Bankruptcy Courts<br>      280 South First Street<br>      San Jose, CA 95113 |

**PLEASE TAKE NOTICE** that the final hearings on the following motions filed by Imperial Toy LLC (the "Debtor") have been continued to **December 16, 2019 at 1:30 p.m.** in the courtroom of the Honorable Elaine Hammond, United States Bankruptcy Judge, located at 280 South First Street, San Jose, CA 95113:

a) Motion For Orders (I) Authorizing The Debtor To (A) Obtain Postpetition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 363(C), 363(e), 364(d), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral Of Pre-Petition Secured Entities, (II) Granting Adequate Protection To Pre-Petition Secured Entities, (III) Scheduling a Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c), and (IV) Granting Related Relief (the "**DIP Financing Motion**");

b) Debtor's First Day Emergency Motion For Order Authorizing Debtor To Honor Prepetition Obligations To Employees (the "**Employee Motion**"); and

c) Debtor's First Day Emergency Motion Pursuant To 11 U.S.C. §366 For Order Determining Adequate Assurance Of Payment Of Utility Services (the "**Utility Motion**").

Dated: December 7, 2019

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Ori Katz*
ORI KATZ

Proposed Attorneys for Debtor
IMPERIAL TOY LLC