```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                       Case No. 19-52335-MEH
Imperial Toy LLC                                             Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5         User: arosales           Page 1 of 1          Date Rcvd: Dec 06, 2019
                             Form ID: pdfeoc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
rspi          +Peter Tiger,    16641 Roscoe Place,    North Hills,, CA 91343-6104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Anna M. Gumport    on behalf of Creditor    Great Rock Capital Partners Management, LLC
               agumport@sidley.com
              Donald H. Cram, III    on behalf of Requestor    VG Packaging dhc@severson.com
              Donald H. Cram, III    on behalf of Requestor    Ideal Chemical & Supply Co. dhc@severson.com
              Jane  Kim    on behalf of Interested Party    Ja-Ru, Inc. jkim@kellerbenvenutti.com
              Jared A. Day    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ jared.a.day@usdoj.gov,
               ankey.to@usdoj.gov
              Jason Rosell    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
              Jennifer C. Hayes    on behalf of Debtor    Imperial Toy LLC jhayes@fhlawllp.com
              John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com, ocarpio@pszjlaw.com
              Michael  Lauter    on behalf of Debtor    Imperial Toy LLC mlauter@sheppardmullin.com
              Michael I. Gottfried    on behalf of Requestor    Siempre Viva Industrial II, LLC
               mgottfried@lgbfirm.com, srichmond@lgbfirm.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
              Ori Katz    on behalf of Debtor    Imperial Toy LLC okatz@sheppardmullin.com,
               LSegura@sheppardmullin.com
              Susan  Seflin    on behalf of Creditor    The Hirsch Family Trust Dated June 9, 1998 sseflin@bg.law,
               ecf@bg.law
              Susan  Seflin    on behalf of Creditor Arthur S. Hirsch sseflin@bg.law, ecf@bg.law
              Thomas B. Rupp    on behalf of Interested Party    Ja-Ru, Inc. trupp@kellerbenvenutti.com
              Tobias S. Keller    on behalf of Interested Party    Ja-Ru, Inc. tkeller@kellerbenvenutti.com,
               pbenvenutti@kellerbenvenutti.com
              Valerie Bantner Peo    on behalf of Creditor    THE CIT GROUP/COMMERCIAL SERVICES, INC.
               vbantnerpeo@buchalter.com
                                                                                              TOTAL: 17



HAHN & HESSEN LLP
JOSHUA I. DIVACK (NY Bar # 2226074)
488 Madison Avenue
New York, NY 10022
Telephone:  212.478.7340
Fax:  212.478.7400
Email:  JDivack@hahnhessen.com

The following constitutes the order of the Court.
Signed: December 6, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

and

BUCHALTER
A Professional Corporation
VALERIE BANTNER PEO (SBN: 260430)
MICHAEL MYERS (SBN: 305011)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email:  vbantnerpeo@buchalter.com

Attorneys for Creditor
THE CIT GROUP/COMMERCIAL SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>Debtor. | Case No. 19-52335-MEH<br><br>Chapter 11 |

**ORDER APPROVING APPLICATION FOR ADMISSION OF**

**ATTORNEY PRO HAC VICE**

Joshua I. Divack, whose business address and telephone number is HAHN & HESSEN LLP, 488 Madison Avenue, New York, NY 10022, 212.478.7340, JDivack@hahnhessen.com, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The CIT Group/Commercial Services, Inc., in the above-entitled action.

1  IT IS HEREBY ORDERED THAT the application is approved, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

## COURT SERVICE LIST

**Peter Tiger**
16641 Roscoe Place
North Hills,, CA 91343

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

3