```
 1  Stephen D. Finestone (125675)
    Jennifer C. Hayes (197252)
 2  Ryan A. Witthans (301432)
    FINESTONE HAYES LLP
 3  456 Montgomery Street, 20th Floor
    San Francisco, California 94104
 4  Tel. (415) 421-2624
    Fax (415) 398-2820
 5  sfinestone@fhlawllp.com
    jhayes@fhlawllp.com
 6
    Proposed Conflicts Counsel for
 7  Imperial Toy LLC
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re | Case No. 19-52335-MEH |
|---|---|
| IMPERIAL TOY LLC, | Chapter 11 |
| Debtor-in-Possession. | **CERTIFICATE OF SERVICE** |

    I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

    On the below date I served the document(s) titled:

**[PROPOSED] ORDER APPROVING APPLICATION TO EMPLOY CONFLICTS COUNSEL FOR CHAPTER 11 DEBTOR (FINESTONE HAYES LLP)**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
280 South First St.
Room 268
San Jose, CA 95113

X    **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day.

    **(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

**(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

**(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: <u>(see above)</u>. I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **December 9, 2019** in Fayetteville, Arkansas.

**(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Ryan A. Witthans  /s/ Ryan A. Witthans