LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Siempre Viva Industrial II, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>            Debtor. | Case No. 19-52335 (MEH)<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL I. GOTTFRIED IN SUPPORT OF SIEMPRE VIVA INDUSTRIAL II, LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL DEBTORS'S ASSETS FREE AND CLEAR OF LIENS; (II) APPROVE THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) PROVIDE RELATED RELIEF**<br><br>Date:   December 16, 2019<br>Time:  1:30 p.m.<br>Judge:  Honorable M. Elaine Hammond<br>          United States Bankruptcy Court<br>          280 South First Street<br>          San Jose, CA 95113 |

## DECLARATION OF MICHAEL I. GOTTFRIED

I, Michael I. Gottfried, declare:

1. I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am a limited liability partner in the firm of Landau Gottfried & Berger LLP, attorneys for Siempre Viva Industrial II, LLC (the "Landlord"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to those facts.

2. On several occasions, I asked Debtor's counsel to provide me with information to evidence adequate assurance in connection with the Proposed Purchaser. On December 3, 2019, Debtor's counsel informed me: "JaRu had a diligence out in their APA that expired tonight. They have not exercised their right to get out of the APA and are proceeding with the transaction. I believe they will be turning their attention to this now and I hope to be back to you on adequate assurance and cure amounts in short order."

3. As of the date of this declaration, I have not received any information regarding "adequate assurance" from Debtor's counsel or counsel for the Proposed Purchaser.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2019, at Los Angeles, California.

/s/ Michael I. Gottfried
Michael I. Gottfried