LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Siempre Viva Industrial II, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>              Debtor. | Case No. 19-52335 (MEH)<br><br>Chapter 11<br><br>**DECLARATION OF JEREMIAH HARRINGTON IN SUPPORT OF SIEMPRE VIVA INDUSTRIAL II, LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL DEBTORS'S ASSETS FREE AND CLEAR OF LIENS; (II) APPROVE THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) PROVIDE RELATED RELIEF**<br><br>Date:   December 16, 2019<br>Time:  1:30 p.m.<br>Judge:  Honorable M. Elaine Hammond<br>         United States Bankruptcy Court<br>         280 South First Street<br>         San Jose, CA 95113 |

# DECLARATION OF JEREMIAH HARRINGTON

I, Jeremiah Harrington, declare:

1. I am the Real Estate Manager / Property Manager of Siempre Viva Industrial II, LLC ("Landlord"). The following facts are based on my personal knowledge and if called to testify, I could and would competently testify to such facts.

2. On June 27, 2012, SV Portfolio LP entered into a Commercial Park Lease Agreement (the "Siempre Viva Lease Agreement") with the Debtor providing for a 60-month lease of the commercial property located at 9043 Siempre Viva Road, #100, San Diego, California 92154 (the "Premises"). The Siempre Viva Lease Agreement subsequently was amended by a First Amendment to Lease dated October 26, 2012, a Second Amendment to Lease dated December 12, 2013, and a Third Amendment to Lease dated November 11, 2017. A true and correct copy of the Siempre Viva Lease Agreement together with the amendments is attached hereto as Exhibit "A." In October of 2018, Landlord acquired the Premises from Bit Holdings Seventy, Inc., which had acquired the Premises from SV Portfolio LP following the making of the Siempre Viva Lease Agreement in 2012.

3. I have not been provided with any information regarding adequate assurance of future performance by the Proposed Purchaser.

4. I have reviewed the Debtor's proposed cure amount as reflected in the Corrected Supplement, and the amount accurately reflects the base rent due in November 2019. The proposed cure does not reflect attorneys' fees and costs that continue to accrue. Additionally, Landlord requires an adequate opportunity to inspect the premises to determine whether there may be other amounts due and owing under the Siempre Viva Lease Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2019, at San Diego, California.

*Jeremiah Harrington*