LANDAU GOTTFRIED & BERGER LLP
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Siempre Viva Industrial II, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>IMPERIAL TOY LLC,<br><br>          Debtor. | Case No. 19-52335 (MEH)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1880 Century Park East, Suite 1101, Los Angeles, CA 90067. On December 9, 2019, I served the documents listed below:

1. **SIEMPRE VIVA INDUSTRIAL II, LLC'S OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL DEBTORS'S ASSETS FREE AND CLEAR OF LIENS; (II) APPROVE THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) PROVIDE RELATED RELIEF**

2. **DECLARATION OF JEREMIAH HARRINGTON IN SUPPORT OF SIEMPRE VIVA INDUSTRIAL II, LLC'S OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL DEBTORS'S ASSETS FREE AND CLEAR OF LIENS; (II) APPROVE THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) PROVIDE RELATED RELIEF**

3. **DECLARATION OF MICHAEL I. GOTTFRIED IN SUPPORT OF SIEMPRE VIVA INDUSTRIAL II, LLC'S OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL DEBTORS'S ASSETS FREE AND CLEAR OF LIENS; (II) APPROVE THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (III) PROVIDE RELATED RELIEF**

in the following manners:

☒ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**See Attached List for All Service Recipients**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

**See Attached List for All Service Recipients**

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on December 9, 2019.

By: /s/ *Vanessah Richmond*
    Vanessah Richmond

**ATTACHED SERVICE LIST**: (VIA ECF Notice List)

- **Donald H. Cram**  dhc@severson.com
- **Jared A. Day**  jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Michael I. Gottfried**  mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Anna M. Gumport**  agumport@sidley.com
- **Robert G. Harris**  rob@bindermalter.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Tobias S. Keller**  tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Jane Kim**  jkim@kellerbenvenutti.com
- **Michael Lauter**  mlauter@sheppardmullin.com
- **Office of the U.S. Trustee / SJ**  USTPRegion17.SJ.ECF@usdoj.gov
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Jason Rosell**  jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- **Thomas B. Rupp**  trupp@kellerbenvenutti.com
- **Susan Seflin**  sseflin@bg.law, ecf@bg.law
- **Ryan A. Witthans**  rwitthans@fhlawllp.com

**ATTACHED SERVICE LIST:** (VIA US Mail)

| | |
|---|---|
| Honorable M. Elaine Hammond<br>Attn: Anna Rosales, Courtroom Deputy<br>**United States Courthouse**, Room 3035<br>280 South First Street<br>San Jose, CA 95113-3099 | **Attorneys for the Debtor**<br>Ori Katz, Michael Lauter<br>Jacqueline Luther and Shadi Farzen<br>**Sheppard Mullin Richter & Hampton LLP**<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>jluther@sheppardmullin.com<br>sfarzan@sheppardmullin.com |
| **Attorneys for The CIT Group/Commercial Services, Inc.**<br>Valerie Bantner Peo, Esq.<br>**Buchalter, A Professional Corporation**<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105<br>Email: vbantnerpeo@buchalter.com | **Attorneys for Ja-Ru, Inc.**<br>Tobias S. Keller, Esq.<br>Jane Kim, Esq.<br>Thomas B. Rull, Esq.<br>**Keller & Benvenutti LLP**<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Email: tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com<br>trupp@kellerbenvenutti.com |
| **Attorneys for Great Rock Capital Partners Management, LLC**<br>Jennifer C. Hagle<br>Anna Gumport<br>**Sidley Austin LLP**<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Email: jhagle@sidley.com<br>agumport@sidley.com | **Attorneys for CIT Finance LLC**<br>Joshua Divack<br>**Hahn & Hessen LLP**<br>488 Madison Avenue<br>New York, NY 10153<br>Email: jdivack@hahnhessen.com |

| | |
|---|---|
| **Attorneys for The Hirsch Parties**<br>Susan K. Seflin<br>**Brutzkus Gubner**<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Email: sseflin@bg.law | **Attorneys for the Official Committee of Unsecured Creditors**<br>No Counsel Appointed Yet |
| **Office of the United States Trustee**<br>Attn: Jared A. Day<br>300 Booth Street, Rm 3009<br>Reno, NV 89509<br>Email: jared.a.day@usdoj.gov | |