John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
mlitvak@pszjlaw.com
jrosell@pszjlaw.com

Proposed Attorneys for the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>IMPERIAL TOY LLC,[1]<br><br>Debtor. | Case No. 19-52335 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF ERRATA** |

**PLEASE TAKE NOTICE** that due to clerical inadvertence, the document entered on the docket as *Limited Objection of Official Committee of Unsecured Creditors to Final Order: (I) Authorizing the Debtor to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(C), 363(E), 364(C), 364(D)(1) and 364(E) and (B) Utilize Cash Collateral of Pre-Petition Secured Parties; (II) Granting Adequate Protection to Pre-Petition Secured Parties; and (III) Granting Related Relief* [Docket No. 72] was filed incorrectly and is being refiled.

Dated: December 10, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jason H. Rosell*
Jason H. Rosell

Proposed Attorneys for the
Official Committee of Unsecured Creditors

---

[1] The last four digits of Imperial Toy LLC's federal tax identification number are (3067). The mailing address for Imperial Toy LLC is 16641 Roscoe Place, North Hills, CA 91343.