SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
JACQUELINE G. LUTHER, Cal. Bar No. 271844
SHADI FARZAN, Cal. Bar No. 301610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail okatz@sheppardmullin.com
mlauter@sheppardmullin.com
jluther@sheppardmullin.com
sfarzan@sheppardmullin.com

Proposed Attorneys for Debtor,
Imperial Toy LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 19-52335 |
|---|---|
| Imperial Toy LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Edward A. Calderon, declare:

I am a citizen of the United States and am employed in the County of Kings. I am over the age of 18 years and not a party to the within-entitled action. My business address is 6201 15th Avenue, Brooklyn, N.Y. 11219.

| | |
|---|---|
| 1 | On the 7th day of December, 2019, I caused to be served the following document(s): |
| 2 | **NOTICE OF CONTINUED HEARINGS ON DIP FINANCING MOTION, EMPLOYEE MOTION, AND UTILITY MOTION (DOCKET NO. 69)** |
| 3 | |
| 4 | on each party listed below in the following manner: |
| 5 | [X]  **by e-mail transmission upon the parties as set forth on <u>Exhibit 1</u>, attached hereto;** |
| 6 | |
| 7 | On the 9th day of December, 2019, I caused to be served the following document(s): |
| 8 | **NOTICE OF CONTINUED HEARINGS ON DIP FINANCING MOTION, EMPLOYEE MOTION, AND UTILITY MOTION (DOCKET NO. 69)** |
| 9 | |
| 10 | on each party listed below in the following manner: |
| 11 | [X]  **by First Class U.S. Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.** |

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 10, 2019, Brooklyn, New York.

/s/ *Edward A. Calderon*
Edward A. Calderon

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000012P002-1431S-004<br>AMERICAN EXPRESS CO.<br>CUSTOMER SERVICE<br>PO BOX 0001<br>LOS ANGELES CA 90096<br>AMERICANEXPRESS@WELCOME.AEXP.COM | 000015P001-1431S-004<br>ATLAS WOOD PRODUCTS<br>FRANCISCO<br>PO BOX 13949<br>SAN DIEGO CA 92170<br>ATLASWP@SBCGLOBAL.NET | 000019P001-1431S-004<br>BAMBERGER POLYMERS<br>JOHN SARRAO<br>1334 SOLUTIONS CENTER<br>CHICAGO IL 60677<br>JSARRAO@BAPOLY.COM | 000037P001-1431S-004<br>BINDER & MALTER LLP<br>ROBERT G. HARRIS, ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA CA 95050<br>ROB@BINDERMALTER.COM |
| 000030P002-1431S-004<br>BRUTZKUS GUBNER<br>SUSAN K SEFLIN,ESQ<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS CA 91367<br>SSEFLIN@BG.LAW | 000029P001-1431S-004<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>VALERIE BANTNER PEO,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>VBANTNERPEO@BUCHALTER.COM | 000016P001-1431S-004<br>BUZZFEED INC.<br>AMY ASCIUTTO<br>PO BOX 200022<br>PITTSBURGH PA 15251<br>AMY.ASCIUTTO@BUZZFEED.COM | 000026P001-1431S-004<br>CONSOLIDATED CONTAIN<br>DAVID ARANT<br>62867 COLLECTION CENTER DR<br>CHICAGO IL 60693<br>DAVID.ARANT@CCCLLC.COM |
| 000010P001-1431S-004<br>DISNEY CONSUMER PRODUCTS<br>MICHELLE FODE<br>622 CIRCLE SEVEN DRIVE<br>SUITE 142D<br>GLENDALE CA 91201<br>MICHELLE.R.FODE@DISNEY.COM | 000025P001-1431S-004<br>EXPRESS SERVICE TRANSPORT INC.<br>ISRAEL DELGADO<br>2498 ROLL DRIVE<br>SUITE 422<br>SAN DIEGO CA 92154<br>IDELGADOV@ESTRUCKLINE.NET | 000021P001-1431S-004<br>GP CAPITAL & SALES<br>MARTIN JACOBSON<br>1011 HIGH RIDGE ROAD<br>STAMFORD CT 06905<br>MAHTYJ@ATT.NET | 000009P001-1431S-004<br>IDEAL CHEMICAL & SUPPLY<br>SAM BLOCK<br>PO BOX 18698<br>MEMPHIS TN 38181<br>SBLOCK@IDEALCHEM.COM |
| 000023P001-1431S-004<br>INSIGHT MARKETING<br>KATHY RE<br>19035 SOUTHWEST CHESAPEAKE DR<br>TUALATIN OR 97062<br>KATHY.RE@COMCAST.NET | 000031P002-1431S-004<br>KELLER & BENVENUTTI LLP<br>TOBIAS S KELLER;JANE KIM;THOMAS B RUPP<br>650 CALIFORNIA ST., STE 1900<br>SAN FRANCICSCO CA 94108<br>TKELLER@KELLERBENVENUTTI.COM | 000031P002-1431S-004<br>KELLER & BENVENUTTI LLP<br>TOBIAS S KELLER;JANE KIM;THOMAS B RUPP<br>650 CALIFORNIA ST., STE 1900<br>SAN FRANCICSCO CA 94108<br>JKIM@KELLERBENVENUTTI.COM | 000031P002-1431S-004<br>KELLER & BENVENUTTI LLP<br>TOBIAS S KELLER;JANE KIM;THOMAS B RUPP<br>650 CALIFORNIA ST., STE 1900<br>SAN FRANCICSCO CA 94108<br>TRUPP@KELLERBENVENUTTI.COM |
| 000034P001-1431S-004<br>LANDAU GOTTFRIED & BERGER LLP<br>MICHAEL I. GOTTFRIED<br>1880 CENTURY PARK EAST STE 1101<br>LOS ANGELES CA 90067<br>MGOTTFRIED@LGBFIRM.COM | 000013P001-1431S-004<br>MODE TRANSPORTATION<br>JEFF BLANK<br>PO BOX 936644<br>ATLANTA GA 31193<br>JEFF.BLANK@MODETRANSPORTATION.COM | 000032P001-1431S-004<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JARED A DAY<br>300 BOOTH ST., RM 3009<br>RENO NV 89509<br>JARED.A.DAY@USDOJ.GOV | 000035P001-1431S-004<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOHN D FIERO<br>150 CALIFORNIA ST.,15TH FLOOR<br>SAN FRANCISCO CA 94111-4500<br>JFIERO@PSZJLAW.COM |
| 000036P001-1431S-004<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JASON H ROSELL<br>150 CALIFORNIA ST.,15TH FLOOR<br>SAN FRANCISCO CA 94111-4500<br>JROSELL@PSZJLAW.COM | 000018P001-1431S-004<br>PLASTIC CONTAINER CO.<br>RON RHOADES<br>PO BOX 438<br>CHAMPAIGN IL 61824<br>RRHOADES@NETPCC.COM | 000007P001-1431S-004<br>RELIABLE CONTAINER<br>MAUREEN CROWLEY<br>9206 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS CA 90670<br>MAUREEN.CROWLEY@GAPAC.CO | 000011P001-1431S-004<br>SELECT STAFFING SERVICE<br>ROBERTO GUTIERREZ<br>PO BO 512007<br>LOS ANGELES CA 90051<br>ROBERTO@EMPLOYBRIDGE.COM |

| | | | |
|---|---|---|---|
| 000033P001-1431S-004<br>SEVERSON & WERSON<br>DONALD H CRAM III, ESQ<br>ONE EMBARCADERO CENTER, 26TH FLOOR<br>SAN FRANCISCO CA 94111<br>DHC@SEVERSON.COM | 000028P001-1431S-004<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE;ANNA GUMPORT<br>555 WEST FIFTH ST., STE 4000<br>LOS ANGELES CA 90013-1010<br>JHAGLE@SIDLEY.COM | 000028P001-1431S-004<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE;ANNA GUMPORT<br>555 WEST FIFTH ST., STE 4000<br>LOS ANGELES CA 90013-1010<br>AGUMPORT@SIDLEY.COM | 000020P003-1431S-004<br>SIEMPRE VIVA IND<br>SUMIT J DALWADI<br>US BANK LOCKBOX # 511350<br>LOS ANGELES CA 90051<br>SUMIT@JDREALESTATE.COM |
| 000022P002-1431S-004<br>SOHNI-WICKE GMBH<br>BERND NAU<br>POSTFACH 800254 D-45502<br>HATTINGEN<br>WEST GERMANY<br>BERND.NAU@SOHNI-WICKE.DE | 000017P001-1431S-004<br>SOUTHLAND POLYMERS<br>HENRY HIS<br>14030 GANNET ST<br>SANTA FE SPRINGS CA 90670<br>HENRY@SOUTHLANDPOLYMERS.COM | 000024P001-1431S-004<br>TARIMAS Y ACCESORIO EL MENNY SA DE CV<br>MANUEL<br>CALLE JOSE VASCONCELOS 9801 C<br>TIJUANA, BC  22680<br>MEXICO<br>TARIMASELMENNY@GMAIL.COM | 000014P001-1431S-004<br>VG PACKAGING<br>BRETT VERST<br>12142 ST. THOMAS DR<br>SANTA ANA CA 92705<br>BRETTV@VGPKG.COM |
| 000008P001-1431S-004<br>VPET USA<br>DAN SOLOMON<br>12925B MARLAY AVE<br>FONTANA CA 92337<br>DAN.SOLOMON@VPETUSA.COM | | | |

Records Printed : 33

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000012P002-1431S-004<br>AMERICAN EXPRESS CO.<br>CUSTOMER SERVICE<br>PO BOX 0001<br>LOS ANGELES CA 90096 | 000015P001-1431S-004<br>ATLAS WOOD PRODUCTS<br>FRANCISCO<br>PO BOX 13949<br>SAN DIEGO CA 92170 | 000019P001-1431S-004<br>BAMBERGER POLYMERS<br>JOHN SARRAO<br>1334 SOLUTIONS CENTER<br>CHICAGO IL 60677 | 000037P001-1431S-004<br>BINDER & MALTER LLP<br>ROBERT G. HARRIS, ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA CA 95050 |
| 000030P002-1431S-004<br>BRUTZKUS GUBNER<br>SUSAN K SEFLIN,ESQ<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS CA 91367 | 000029P001-1431S-004<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>VALERIE BANTNER PEO,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | 000016P001-1431S-004<br>BUZZFEED INC.<br>AMY ASCIUTTO<br>PO BOX 200022<br>PITTSBURGH PA 15251 | 000026P001-1431S-004<br>CONSOLIDATED CONTAIN<br>DAVID ARANT<br>62867 COLLECTION CENTER DR<br>CHICAGO IL 60693 |
| 000010P001-1431S-004<br>DISNEY CONSUMER PRODUCTS<br>MICHELLE FODE<br>622 CIRCLE SEVEN DRIVE<br>SUITE 142D<br>GLENDALE CA 91201 | 000025P002-1431S-004<br>EXPRESS SERVICE TRANSPORT INC.<br>ISRAEL DELGADO<br>2498 ROLL DRIVE<br>SUITE 422<br>SAN DIEGO CA 92154 | 000021P001-1431S-004<br>GP CAPITAL & SALES<br>MARTIN JACOBSON<br>1011 HIGH RIDGE ROAD<br>STAMFORD CT 06905 | 000009P001-1431S-004<br>IDEAL CHEMICAL & SUPPLY<br>SAM BLOCK<br>PO BOX 18698<br>MEMPHIS TN 38181 |
| 000023P001-1431S-004<br>INSIGHT MARKETING<br>KATHY RE<br>19035 SOUTHWEST CHESAPEAKE DR<br>TUALATIN OR 97062 | 000031P002-1431S-004<br>KELLER & BENVENUTTI LLP<br>TOBIAS S KELLER;JANE KIM;THOMAS B RUPP<br>650 CALIFORNIA ST., STE 1900<br>SAN FRANCICSCO CA 94108 | 000034P001-1431S-004<br>LANDAU GOTTFRIED & BERGER LLP<br>MICHAEL I. GOTTFRIED<br>1880 CENTURY PARK EAST STE 1101<br>LOS ANGELES CA 90067 | 000013P001-1431S-004<br>MODE TRANSPORTATION<br>JEFF BLANK<br>PO BOX 936644<br>ATLANTA GA 31193 |
| 000027P001-1431S-004<br>OFFICE OF THE UNITED STATES TRUSTEE<br>280 SOUTH FIRST STREET<br>ROOM 268<br>SAN JOSE CA 95113-3004 | 000032P001-1431S-004<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JARED A DAY<br>300 BOOTH ST., RM 3009<br>RENO NV 89509 | 000035P001-1431S-004<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JOHN D FIERO<br>150 CALIFORNIA ST.,15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | 000036P001-1431S-004<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JASON H ROSELL<br>150 CALIFORNIA ST.,15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 |
| 000018P001-1431S-004<br>PLASTIC CONTAINER CO.<br>RON RHOADES<br>PO BOX 438<br>CHAMPAIGN IL 61824 | 000007P001-1431S-004<br>RELIABLE CONTAINER<br>MAUREEN CROWLEY<br>9206 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS CA 90670 | 000011P001-1431S-004<br>SELECT STAFFING SERVICE<br>ROBERTO GUTIERREZ<br>PO BO 512007<br>LOS ANGELES CA 90051 | 000033P001-1431S-004<br>SEVERSON & WERSON<br>DONALD H CRAM III, ESQ<br>ONE EMBARCADERO CENTER, 26TH FLOOR<br>SAN FRANCISCO CA 94111 |
| 000028P001-1431S-004<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE;ANNA GUMPORT<br>555 WEST FIFTH ST., STE 4000<br>LOS ANGELES CA 90013-1010 | 000020P003-1431S-004<br>SIEMPRE VIVA IND<br>SUMIT J DALWADI<br>US BANK LOCKBOX # 511350<br>LOS ANGELES CA 90051 | 000022P002-1431S-004<br>SOHNI-WICKE GMBH<br>BERND NAU<br>POSTFACH 800254 D-45502<br>HATTINGEN<br>WEST GERMANY | 000017P001-1431S-004<br>SOUTHLAND POLYMERS<br>HENRY HIS<br>14030 GANNET ST<br>SANTA FE SPRINGS CA 90670 |

| | | |
|---|---|---|
| 000024P001-1431S-004<br>TARIMAS Y ACCESORIO EL MENNY SA DE CV<br>MANUEL<br>CALLE JOSE VASCONCELOS 9801 C<br>TIJUANA, BC  22680<br>MEXICO | 000014P001-1431S-004<br>VG PACKAGING<br>BRETT VERST<br>12142 ST. THOMAS DR<br>SANTA ANA CA 92705 | 000008P001-1431S-004<br>VPET USA<br>DAN SOLOMON<br>12925B MARLAY AVE<br>FONTANA CA 92337 |

Records Printed :   **31**