

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel to
Doris Kaelin,
Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: October 7, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

IMPERIAL TOY LLC,

Debtor.

Case No. 19-52335 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER APPROVING SEVENTH STIPULATION FOR ORDER CONTINUING INVESTIGATION TERMINATION DATE WITH RESPECT TO THE HIRSCH PARTIES**

Upon consideration of the Seventh Stipulation for Order Continuing Investigation Termination Date With Respect to the Hirsch Parties, filed on October 7, 2020 as Docket No. 283 (the "Stipulation"), entered into by and between counsel for (i) Doris Kaelin, the Chapter 7 Trustee for the bankruptcy estate of Imperial Toy, LLC, and (ii) counsel for Arthur S. Hirsch and The Hirsch Family Trust Dated June 9, 1998,

IT IS HEREBY ORDERED THAT:

The Stipulation is approved in all respects.

***END OF ORDER***

***COURT SERVICE LIST***

No Court service required.