UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: IMPERIAL TOY LLC | CASE NO: 19-52335 MEH <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 302 <br> Judge: Hon. M. Elaine Hammond <br> Hearing Location: Via Court Call or Zoom Videoconference <br> Hearing Date: February 11, 2021 <br> Hearing Time: 10:00 a.m. |

On 1/13/2021, I did cause a copy of the following documents, described below,

Motion for Good Faith Settlement Determination ECF Docket Reference No. 302

Declaration of Gregg S. Kleiner in Support of Motion for Good Faith Settlement Determination 302-1

Memorandum of Points and Authorities in Support of Good Faith Settlement Determination 302-2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/13/2021

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311
Rincon Law, LLP
268 Bush Street, No. 3335
San Francisco, CA  94104
415 672 5991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: IMPERIAL TOY LLC | CASE NO: 19-52335 MEH <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 7 <br> ECF Docket Reference No. 302 <br> Judge: Hon. M. Elaine Hammond <br> Hearing Location: Via Court Call or Zoom Videoconference <br> Hearing Date: February 11, 2021 <br> Hearing Time: 10:00 a.m. |

On 1/13/2021, a copy of the following documents, described below,

Motion for Good Faith Settlement Determination ECF Docket Reference No. 302

Declaration of Gregg S. Kleiner in Support of Motion for Good Faith Settlement Determination 302-1

Memorandum of Points and Authorities in Support of Good Faith Settlement Determination 302-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/13/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law, LLP
268 Bush Street, No. 3335
San Francisco, CA 94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

STEPHEN T. O NEILL
DORSEY & WHITNEY LLP
305 LYTTON AVENUE
PALO ALTO CA 94301

JEFFREY N WISHMAN
1055 WILSHIRE BLVD SUITE 1900
LOS ANGELES CA 90017

HOWARD M EHRENBERG
SULMEYERKUPETZ
333 SOUTH GRAND AVENUE SUITE 3400
LOS ANGELES CA 90071

CYNTHIA M. COHEN PARTNER
BROWN WHITE & OSBORN LLP
333 S. HOPE STREET SUITE 4000
LOS ANGELES CA 90071

JENNIFER C. HAGLE
SIDLEY AUSTIN LLP
555 W 5TH ST. 40TH FL
LOS ANGELES CA 90013

PETER ERROL TIGER
1247 ROBERTO LANE
LOS ANGELES CA 90077

STEFANIE LYNN TIGER
1247 ROBERTO LANE
LOS ANGELES CA 90077

LYNN K. TIGER
4976 ODESSA AVENUE
ENCINO CA 91436

INTERNATIONAL
DAVID JAMES BENNETT
JOINT AND SEVERAL LIQUIDATOR
IMPERIAL ENTERTAINMENT INTERNATIONAL LIMITED
12/F 28 HENNESSY ROAD
WAN CHAI HONG KONG

NAVIGATORS PRO
A DIVISION OF NAVIGATORS MANAGEMENT COMPANY INC.
ONE PENN PLAZA 32ND FLOOR
NEW YORK NY 10119

JULIE WARD VICE PRESIDENT
HUB INTERNATIONAL INSURANCE SERVICES INC.
6701 CENTER DR. WEST SUITE 1500
LOS ANGELES CA 90045

TAWNI TRAN CLCS
COMMERCIAL LINES ACCOUNT MANAGER
HUB INTERNATIONAL LIMITED
600 CORPORATE POINTE STE. 600
CULVER CITY CA 90230

MARCUM FINANCIAL SERVICES LLC
777 SOUTH FIGUEROA STREET 29TH FLOOR
LOS ANGELES CA 90017

MARCUM FINANCIAL SERVICES LLC
AGENT FOR SERVICE OF PROCESS: STEVE BRETT
1920 MAIN STREET SUITE 950
IRVINE CA 92614

NAVIGATORS PRO
ATTN: ART DEL PRINCIPE
ONE PENN PLAZA 32ND FLOOR
NEW YORK NY 10119

NAVIGATORS PRO
83 WOODSTER HEIGHTS ROAD
DANBURY CT 06810